No. 213. HORNE ET AL. *v.* CITY OF OCALA.
October 14, 1940. *Per Curiam:* The appeal is dismissed for want of a substantial federal question. *Leigh* v. *Greene,* 193 U. S. 79; *Longyear* v. *Toolan,* 209 U. S. 414, 418; *Ontario Land Co.* v. *Yordy,* 212 U. S. 152, 156–158. *Mr. H. M. Hampton* for appellants. *Mr. L. W. Duval* for appellee.

No. 441. H. E. BUTT GROCERY CO. ET AL. *v.* SHEPPARD, COMPTROLLER OF PUBLIC ACCOUNTS OF TEXAS, ET AL.
October 14, 1940. *Per Curiam:* The appeal is dismissed for want of a substantial federal question. *Board of Tax Commissioners* v. *Jackson,* 283 U. S. 527; *Liggett Co.* v. *Lee,* 288 U. S. 517; *Fox* v. *Standard Oil Co.,* 294 U. S. 87; *Great A. & P. Tea Co.* v. *Grosjean,* 301 U. S. 412. *Mr. Dan Moody* for appellants. *Mr. Cecil C. Rotsch* for appellees.